

Cleveland   |   Columbus   |   Cincinnati   |   New Jersey   |   New York



**Javier L. Merino, Esq.***

201-355-3440　　　　　　　　　　　JMerino@DannLaw.com　　　　　　　　　　　216-373-0536
Direct Telephone　　　　　　　　　　　　　　　Email　　　　　　　　　　　　　　　　　　Fax

September 10, 2019

Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
Courtroom 1105
40 Foley Square
New York, NY 10007

　　　Re:　　*Delgadillo v. USAPE LLC*
　　　　　　　*1:19-cv-07234*

Dear Judge Furman:

On behalf of the Plaintiff, Desmond Delgadillo, and Defendant, USAPE, LLC, (together as the "parties") please accept this letter as notification that the parties have reached a settlement in principal relative to the above matter.

Accordingly, the parties respectfully request that the Court enter an order (1) conditionally dismissing the matter without costs; (2) providing that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order; (3) providing that, within thirty (30) days of the date of this Order, Plaintiff may make an application to restore the matter in the event that settlement is not consummated; and (4) directing the Clerk of the Court to terminate all remaining dates.

Respectfully Submitted,

*/s/ Javier L. Merino*

JAVIER L. MERINO, ESQ.
DANNLAW

　　　cc:　　Sarah E. Bell, Esq. (sbell@pryorcashman.com)

Mailing Address　　　　　　　　　　　DannLaw.com　　　　　　　　　　　Physical Address
PO Box 6031040　　　　　　　　　　　877-475-8100　　　　　　　　　372 Kinderkamack Road, Suite 5
Cleveland OH  44103　　　　　　　　*Licensed in NJ and NY*　　　　　　　Westwood NJ  07675